# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26ᵀᴴ FLOOR

### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

S DIRECT CONTACT:

January 22, 20___

George B. Daniels
**SO ORDERED**

*[signature]* George B. Daniels

George B. Daniels, U.S.D.J.

Dated: JAN 2 3 2024

**VIA ECF**
Hon. George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007

**Re:  USA v. Antoine Henderson 15 Cr. 487 (GBD)**

Dear Judge Daniels:

I am writing to request that my representation of Antoine Henderson under the Criminal Justice Act be continued.  As you know, I represented him in his case before you from his arraignment in 2015 through sentencing on April 20, 2017.

Mr. Henderson has now been cited for a violation of supervised release. I was notified of the violation on December 13, 2023 and have since conferred with Mr. Henderson, the government and probation, and will appear before you on this matter for the first time on Wednesday January 24.

Accordingly, and at the suggestion of the CJA clerks' office for the Southern District, I am writing to request that my appointment to represent Mr. Henderson under CJA be continued, and made *nunc pro tunc* to December 13, 2023, when the government contacted me about the violation and my work on the case began. Thank you for your kind consideration.

Sincerely,

*[signature]*

Frank Handelman