# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:

March 15, 2024

**SO ORDERED**

**VIA ECF and Email**

The Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007

MAR 18 2024

The status conference scheduled for March 19, 2024 is adjourned to May 28, 2024 at 10:00 a.m.

*[signature]* George B. Daniels
HON. GEORGE B. DANIELS

Re: USA v. Antoine Henderson 15 Cr. 487 (GBD)

Dear Judge Daniels:

I am writing on behalf of the parties to request that the supervised release hearing now scheduled for March 19 be adjourned to a date in the last week in May if possible, as Mr. Henderson's underlying New York County cases are still pending, and the resolution of those matters will facilitate the resolution of his supervised release violation case.

Thank you for your kind consideration.

Sincerely,

*[signature]*

Frank Handelman

cc: AUSA Jared Lenow, by email
    USPO John J. Lanigan, by email